THOMAS R. JENNINGS et al., respondents,

*v.*

MOSES RITTER et al., appellants.

[Argued December 6th, 1909.    Affirmed without opinion June 20th, 1910.]

On appeal from a decree of the prerogative court advised by Vice-Ordinary Walker.

*Mr. Fred. J. Hyer,* for the appellants.

*Mr. Alfred F. Skinner,* for the respondents.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON—14.

*For reversal*—None.